## 40658. JONES v. McCLAIN.

PER CURIAM.

Judgment affirmed without opinion pursuant to Rule 59 (Code Ann. § 24-4559). *Andrews v. State,* 237 Ga. 66, 67 (226 SE2d 597) (1976); *Mack v. Youmans,* 228 Ga. 223 (184 SE2d 648) (1971); *Purvis v. Connell,* 227 Ga. 764 (182 SE2d 892) (1971).

*All the Justices concur.*

DECIDED MARCH 7, 1984.

*Michael J. Bowers, Attorney General, Dennis R. Dunn,* for appellant.

*Christopher A. Frazier,* for appellee.

Eugene McClain, *pro se.*